DocuSign Envelope ID: 64DD83BD-74A7-43D0-B7EB-1E3AE8A42052

## **CONSENT TO JOIN FLSA COLLECTIVE**

I consent to join the collective action lawsuit do hereby consent to be a party plaintiff to pursue minimum wage and/or overtime claims against Cornerstone First Mortgage. I authorize my Attorneys to file the Complaint on my behalf and for other employees similarly situated. I authorize the Attorneys to represent me in the Lawsuit and make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit.

DocuSigned by:

*April Shakoor-Delgado*

E36D80057A2D4A5...

April Shakoor-Delgado

6/17/2024

Date