**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

| | |
|---|---|
| April Shakoor–Delgado<br>Plaintiff,<br>v.<br>Cornerstone First Mortgage, LLC<br>Defendant. | Case No.: 1:24−cv−05103<br>Honorable Martha M. Pacold |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 30, 2024:

MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Joint Stipulation of Dismissal [14], this case is hereby dismissed without prejudice. Defendant's motion to dismiss [6] is denied as moot. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.